Civil Action No. 2:25-cv-31-KS-MTP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **High Rise Financial**

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **High Rise Notice & Actn authorized by Msi**, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ ___ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6-2-25**

_____
Server's signature

**Abby Robin Esq**
Printed name and title

**227 E. Pearl St Jackson MS 39201**
Server's address

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

VANESSA J. JONES Esq. and,           **PLAINTIFFS**
JONES LAW FIRM PA

VS.       CIVIL ACTION: 2:25-cv-31-KS-MTP

HIGH RISE FINANCIAL, (HRF)           **DEFENDANTS**
ANY OTHER NAME FOR HIGH RISE FINANCIAL,
including associated companies of HIGH RISE FINANCIAL
HIGH RISE FINANCIAL PARENT COMPANY,
MIKE MACKIE individually and in his capacity of HRF
JOHN DOE COMPANY, JOHNE DOE individually

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

TO: High Rise Financial, (HRF) 11110 Ohio Avenue, Los Angeles CA, The enclosed summons and complaint are served pursuant to Rule 4 ( c)(3)of the Mississippi Rules of Civil Procedure.

You must sign and date the acknowledgment at the bottom of this page. If you are served on behalf of a corporation, incorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 20 days of the date of mailing shown below, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint.

If you do complete and include this form, you (or the party on whose behalf you are being served) must respond to the complaint within 30 days of the date of your signature. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on April 15, 2025.

## THIS ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT MUST BE COMPLETED

I acknowledge that I have received a copy of the summons and of the complaint in the above-captioned matter in the State of_____.
Signature_____
Relationship to entity/Authority to Receive Service of Process
Date of Signature_____

State_____
County of_____
Personally appeared before me the undersigned authority in and for the State and County aforesaid, the above name_____, who _____solemnly and truly declared and affirmed before me that the matters and facts set forth in the foregoing Acknowledgment of Receipt of Summons and Complaint and true and correct as therein stated.
Affirmed and subscribed before me this ____ day of _____
Notary Public_____
My Commission Expires_____

Seal:_____

# UNITED STATES POSTAL SERVICE.

```
               JACKSON
           401 E SOUTH ST
         JACKSON, MS 39201-9820
             (800)275-8777
04/15/2025                        03:52 PM
------------------------------------------
Product              Qty    Unit    Price
                            Price
------------------------------------------
PM Express            1             $31.40
Flat Rate Env
    Sacramento, CA 95833
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Thu 04/17/2025 06:00 PM
    Money Back Guarantee
    Tracking #:
        EJ391541868US
    Insurance                         $0.00
        Up to $100.00 included
Total                                $31.40

Grand Total:                         $31.40

Credit Card Remit                    $31.40
    Card Name: VISA
    Account #: XXXXXXXXXXXX4295
    Approval #: 267946
    Transaction #: 097
    AID: A0000000980840       Chip
    AL: US DEBIT
    PIN: Not Required
```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

Rich Rui Delk 4-17-25

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

**EJ391541868US**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

**THURSDAY**

**17** April 2025 ⓘ    by **6:00pm** ⓘ

Your item was delivered to the front desk, reception area, or mail room at 10:51 am on April 18, 2025 in SACRAMENTO, CA 95833. Waiver of signature was exercised at time of delivery.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room
SACRAMENTO, CA 95833
April 18, 2025, 10:51 am

**Out for Delivery**
SACRAMENTO, CA 95833
April 18, 2025, 6:10 am

**Arrived at Post Office**
SACRAMENTO, CA 95813
April 18, 2025, 1:24 am

**Arrived at USPS Regional Destination Facility**