AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi ☑

| | |
|---|---|
| VANESSA J. JONES ESQ. ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 2:25-CV.00031-KS-BWR |
| HIGH RISE FINANCIAL, (HRF) ET.AL ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* High Rise Financial  11110 Ohio Avenue, Los Angeles CA 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ABBY ROBINSON & ASSOCIATES LAW FIRM PLLC.
227 E. PEARL STREET JACKSON, MS 39201
601-321-9343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 6/3/2025

C. Duckworth
*Signature of Clerk or Deputy Clerk*