AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

VANESSA J. JONES ESQ.
)
)
)
)
)
Plaintiff(s)
)
v.     )  Civil Action No. 2:25-CV.00031-KS-BWR
HIGH RISE FINANCIAL, (HRF) ET.AL
)
)
)
)
)
Defendant(s)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  High Rise Financial  11110 Ohio Avenue, Los Angeles CA 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ABBY ROBINSON & ASSOCIATES LAW FIRM PLLC.
227 E. PEARL STREET JACKSON, MS 39201
601-321-9343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
CLERK OF COURT

C. Duckworth
*Signature of Clerk or Deputy Clerk*

Date: ___6/3/2025___

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00031-KS-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HIGH RISE FINANCIAL (HRF)

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* High Rise Financial, who is designated by law to accept service of process on behalf of *(name of organization)* High Rise Financial
on *(date)* 06/06/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 35.00 for services, for a total of $ 35.00 .

I declare under penalty of perjury that this information is true.

Date: 06/09/2025

*Server's signature*

Abby Robinson & Assoc. Law Firm pllc
*Printed name and title*

227 E. Pearl Street Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

VANESSA J. JONES Esq. and,   **PLAINTIFFS**
JONES LAW FIRM PA

VS.                CIVIL ACTION: <u>2:25-cv-31-KS-MTP</u>

HIGH RISE FINANCIAL, (HRF)   **DEFENDANTS**
ANY OTHER NAME FOR HIGH RISE FINANCIAL,
including associated companies of HIGH RISE FINANCIAL
HIGH RISE FINANCIAL PARENT COMPANY,
MIKE MACKIE individually and in his capacity of HRF
JOHN DOE COMPANY, JOHNE DOE individually

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

TO: High Rise Financial, (HRF) 11110 Ohio Avenue, Los Angeles CA, The enclosed summons and complaint are served pursuant to Rule 4 ( c)(3)of the Mississippi Rules of Civil Procedure.

You must sign and date the acknowledgment at the bottom of this page. If you are served on behalf of a corporation, incorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 20 days of the date of mailing shown below, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint.

If you do complete and include this form, you (or the party on whose behalf you are being served) must respond to the complaint within 30 days of the date of your signature. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**UNITED STATES POSTAL SERVICE.**

JACKSON
401 E SOUTH ST
JACKSON, MS 39201-9820
www.usps.com

06/03/2025                                03:16 PM

TRACKING NUMBERS
EJ716290171US

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express Flat Rate Env | 1 | | $31.40 |

  Los Angeles, CA 90025
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
  Thu 06/05/2025 06:00 PM
  Money Back Guarantee
• Tracking #:
  EJ716290171US

| Insurance | | | $0.00 |
|---|---|---|---|

  Up to $100.00 included

| Return Receipt | | | $4.10 |
|---|---|---|---|

  Tracking #:
  9590 9402 9481 5069 2020 15

| Total | | | $35.50 |
|---|---|---|---|

| Grand Total: | | | $35.50 |
|---|---|---|---|

| Debit Card Remit | | | $35.50 |
|---|---|---|---|

  Card Name: VISA

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## EJ716290171US

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

**THURSDAY**

**5** June 2025 ⓘ

by

**6:00pm** ⓘ

- Your item was delivered to a neighbor as requested at 10:30 am on June 5, 2025 in LOS ANGELES, CA 90025. Waiver of signature was exercised at time of delivery.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Neighbor as Requested**

LOS ANGELES, CA 90025
June 5, 2025, 10:30 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    

Proof of Delivery    

USPS TRACKING #

9590 9402 9481 5069 2020 15

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Abby Robinson + Assoc. Law
227 E. Pearl Street
Jackson MS 39211